No. 1,654.—IN RE DISBARMENT OF W. W. LIKEN.

Original. Disbarment proceeding.

Decided May 10, 1904.

PER CURIAM.—The application for the disbarment of W.

W. Liken is this day by the court dismissed, without prejudice, however, to the right to reinstate.

*Mr. Peter Breen,* for the State.